```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 13897
  MAMIE SHORTER
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
  SSN XXX-XX-7710


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/08/2004 and was confirmed 06/21/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 01/14/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
AURORA LOAN SERVICES     UNSECURED          5021.68         .00         5021.68
ROUNDUP FUNDING LLC      UNSECURED          3961.00         .00         3961.00
RESURGENT CAPITAL SERVIC UNSECURED          7951.69         .00         7951.69
DISCOVER FINANCIAL SERVI UNSECURED          5073.25         .00         5073.25
GE REEWARDS              UNSECURED         NOT FILED        .00             .00
AT & T BANKRUPCTY        UNSECURED         NOT FILED        .00             .00
US DEPT OF EDUCATION     UNSECURED         NOT FILED        .00             .00
SHOPPERS CHARGE ACCOUNTS UNSECURED           479.57         .00          479.57
THOMAS W DREXLER         DEBTOR ATTY       1,994.00                     1,994.00
TOM VAUGHN               TRUSTEE                                        1,388.12
DEBTOR REFUND            REFUND                                           821.41

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE            26,690.72

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                    22,487.19
ADMINISTRATIVE                                1,994.00
TRUSTEE COMPENSATION                          1,388.12
DEBTOR REFUND                                   821.41
                   ---------------          ---------------
TOTALS              26,690.72                26,690.72
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 13897 MAMIE SHORTER

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 13897 MAMIE SHORTER